# United States District Court
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| LONNIE DUKE, #23050976 | § § § | |
| v. | § § | CIVIL ACTION NO. 3:24-CV-1966-S-BN |
| DALLAS POLICE DEPARTMENT, DALLAS POLICE OFFICER #1, and DALLAS POLICE OFFICER #2 | § § § | |

### ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. No objections were filed. The Court reviewed the proposed findings, conclusions, and recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

**SO ORDERED.**

SIGNED January 12, 2026.

_____
**UNITED STATES DISTRICT JUDGE**